WEAKLEY v. NEW YORK CENT. R. CO. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Mary A. Weakley, as administratrix, etc., of John J. Weakley, deceased, against the New York Cen-

tral Railroad Company. No opinion. Motion denied. See, also, 155 N. Y. Supp. 744.